CO-386-online
10/03

# United States District Court
# For the District of Columbia

Katarina Vilkman )
)
)
)
vs   Plaintiff )   Civil Action No._____
)
V4, Inc., Gary Voelker & Jennifer )
Voelker )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Defendant, V4, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Defendant, V4, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

491259
BAR IDENTIFICATION NO.

James P. Ryan
Print Name

1666 K Street, NW
Address

Washington, DC 20006
City          State          Zip Code

202-887-1400
Phone Number