UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KATARINA VILKMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-CV-00988 (ESH) |
| | ) | |
| V4, INC., et. al. | ) | Judge Ellen Segal Huvelle |
| | ) | |
| Defendants. | ) | |

**LCvR 16.3 JOINT MEETING AND CONFERENCE STATEMENT**

Plaintiff Katarina Vilkman and Defendants V4, Inc., Gary Voelker and Jennifer Voelker (hereinafter "Voelker Defendants") (collectively the "Parties"), pursuant to Rule 26(f), Fed. R. Civ. P. and Local Rule 16.3, by counsel, submit this joint meeting and conference statement memorializing the agreements reached during the Rule 26(f) conference held by counsel for all parties. The following sets forth the agreement between Plaintiff and Defendants:[1]

1. The parties do not believe that this case can be disposed of by early dispositive motions and believe that the determination of whether this case is likely to be disposed of by dispositive motion could not be made until at least after discovery is well under way or has concluded. .

2. The parties agree to join other parties or amend pleadings by November 30, 2007. The Parties agree that there would likely be some factual issues to which the Parties would be

able to stipulate to or narrow.  The Parties believe that the legal issues can be agreed upon or narrowed.

3.  The Parties agree that this case can be assigned to a Magistrate Judge for purposes of pre-trial proceedings and trial.

4.  At this juncture, the Parties do not believe that there is a realistic possibility of settlement prior to the close of discovery.

5.  The Parties do not believe that the Court's Alternative Dispute Resolution procedures would be helpful at this time.

6.  The Parties do not believe that the case can be resolved by a motion to dismiss.  The parties believe that there exists a possibility of resolving some or all of the issues in this case by summary judgment.  The Parties agree to serve dispositive motions by December 21, 2007.  Oppositions to dispositive motions will be served by January 11, 2008, and replies by January 18, 2008.  The Parties propose that a decision on such motions be issued within 20 days of completion of briefing.

7.  The parties do not stipulate to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(2).  The parties agree to make such disclosures by July 31, 2007.[2]

8.  The Parties propose for discovery to close on September 14, 2007.  The parties agree to abide by the Local Rules for limitations on interrogatories and depositions.

9.  The Parties agree that depositions of fact and expert witnesses shall take place

---

[1] The Parties will each separately submit their statements of the case and statutory basis for all causes of actions and defenses.

[2] Prior to this case being removed, Plaintiff served written discovery consisting of interrogatories, requests for admission and document requests, upon Defendants on May 25, 2007.  Pursuant to Rule 26(d), parties may not seek discovery before the Rule 26(f) conference.  The Rule 26(f) and Local Rule 16.3 conference occurred on July 2, 2007, thus the 30 day period to respond to Plaintiff's discovery woule have run from July 2, not May 25.

between October 19, 2007 and November 30, 2007

10. The Parties agree to the requirements for the exchange of expert witness reports and information pursuant to Fed. R. Civ. P. 26(a)(2)(C) and the timing of the exchange of those reports as set forth therein. Depositions of experts should occur between October 19, 2007 and November 30, 2007.

11 The parties agree to the requirements for the exchange of witness lists pursuant to Fed. R. Civ. P. 26(a)(3) and and the timing of the exchange of those witness lists as set forth therein.12. The Parties agree to produce in conjunction with their responses to document demands all electronically stored information, which the parties expect to consist primarily of e-mails and photographs.

13. The Parties agree to take all efforts to preserve all information that is discoverable pursuant to the Federal Rules of Civil Procedure and not any information or documents pertaining to matters that are the subject of this action.

14. The Parties agree to serve privilege logs thirty (30) days after each Party serves its responses to discovery. The Parties do not anticipate the need include in the Scheduling Order any "clawback" provisions.

15. This is not a class action.

16. This case is not appropriate for bifurcation, either during the trial or discovery phase.

17. The Parties propose that the pretrial conference shall take place on January 25, 2008.

---

Notwithstanding this restriction, in the interest of moving this case forward, Defendants served their responses to Plaintiff's discovery on June 22, 2007.

-- 3

18. The Parties request that the Court set a firm trial date at the pretrial conference.

_____/S/_____
Theresa L. Lewis (D.C. Bar No. 456346)
KASS, MITEK & KASS PLLC
1050 17th Street, N.W., Suite 1100
Washington, DC  20036
(202) 659-6500

Attorney for Plaintiff Katarina Vilkman


_____
James P. Ryan (D.C. Bar No. 491295)
O'CONNOR & HANNAN, LLP
1666 K Street, N.W.
Washington, D.C.  20036
(202) 887-1400

Attorney for Defendants

UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KATARINA VILKMAN, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action 07-CV-00988 (ESH) |
| V4, INC., et. al., | ) ) ) ) | Judge Ellen Segal Huvelle |
| Defendants. | ) ) | |

<b><u>SCHEDULING ORDER</u></b>

Upon consideration of the parties' Joint Meeting and Conference Statement, it is this ___ day of July 2007, hereby

<b>ORDERED that:</b>

1. The parties shall make initial disclosures per Rule 26, Fed. R. Civ. P., by JULY 31, 2007.

2. All parties shall be joined and pleadings amended by NOVEMBER 30, 2007.

3. The parties shall complete discovery by SEPTEMBER 14, 2007.

4. Dispositive motions shall be served by DECEMBER 21, 2007; oppositions thereto served no later than JANUARY 11, 2008, and replies by JANUARY 18, 2008.

_____
**HONORABLE ELLEN SEGAL HUVELLE**