UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATARINA VILKMAN : <br> : <br>       **Plaintiff,** : <br> v. : <br> : <br> : Civil Action # 07-CV-00988 (ESH) <br> : Next Event: Status Conference <br> V4, INC., et. al. : Date @ time: July 27, 2007 9:00 am <br> : Judge: Huvelle <br>       **Defendants.** : <br> : | |

## NOTICE OF ENTERING APPEARANCE

The Clerk of said Court will please enter the appearance of Theresa L. Lewis as counsel for the Plaintiff.

Respectfully Submitted,

/s/        Theresa L. Lewis
Theresa L. Lewis, Bar #456346
Kass, Mitek, & Kass, PLLC
1050 17th St. N.W. Ste. 1100
Washington, D.C. 20036-5596
tlewis@kmklawyers.com
Telephone (202) 659-6500
Fax (202) 293-2608

**CERTIFICATE OF SERVICE**

      I hereby certify that this Praecipe Entering the Appearance of Counsel for the Defendants was served on July 17, 2007, by first class mail, postage prepaid, to:

Mr. James P. Ryan, Esquire
O'Connor & Hannan, LLP
Suite 500
1666 K Street, NW
Washington, DC 20036

                                                                      /s/    Theresa L. Lewis
                                                                      Attorney

C:\Documents and Settings\tll\My Documents\Documents\Form Documents\KV Praecipe.wpd