UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATARINA VILKMAN ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | **Civil Action 1:07 -cv-00988** |
| ) | |
| ) | Judge Deborah A. Robinson |
| V4, INC., et. al. ) | Next Action: Status Hearing |
| ) | September 10, 2007 |
| ) | |
| DEFENDANTS. ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TO COMPLETE
DEFENDANTS' REQUEST FOR DISCOVERY**

Plaintiff, by and through undersigned counsel, respectfully moves this Court to Extend Time to Respond to Defendants' Request for Discovery from August 16, 2007. Plaintiff seeks Court approval to extend the time through and including Thursday, August 23, 2007.

Plaintiff was served with Defendants' Request for Discovery on or about July 16, 2007. Accordingly, Plaintiff must respond by Thursday, August 16, 2007.

Plaintiff's counsel needs additional time in which to review all of the facts, and to receive additional information from Plaintiff. The Plaintiff is currently out of town. Counsel for Defendants has consented to a one-week extension at Plaintiff's counsel's request.

Accordingly, Plaintiff requests that the Court please grant the extension of time to respond to Defendants' Requests for Discovery.

Respectfully submitted,

**KASS, MITEK & KASS, P.L.L.C.**

By: _____/s/_____
Theresa L. Lewis #456346
1050 17th Street, NW, #1100
tlewis@kmklawyers.com
Attorney for Plaintiff
(202) 659-6500

## CONSENT CERTIFICATE

     I hereby certify that on August 7, 2007, I spoke with Defendants' counsel and received his consent to the extension noted in this Praecipe.

_____/s/_____
Theresa L. Lewis

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of this Praecipe was e-filed pursuant to U.S. District Court Rules and sent via first class mail, postage prepaid on August 8, 2007 to:

James P. Ryan, Esq.
O'Connor & Hannan, LLP
1666 K Street, NW
Suite 500
Washington, DC 20036


Theresa L. Lewis