UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATARINE VILKMAN,

    Plaintiff,

     v.

V4, INC., et al.,

    Defendants.

Civil Action No.  07-0988
DAR

## ORDER REFERRING CIVIL ACTION
## FOR MEDIATION

With the consent of the parties, it is, this 25th day of September, 2007

**ORDERED** that this action is re-referred to the Circuit Executive for mediation to

commence immediately and conclude by December 5, 2007; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions;

and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to

schedule the initial mediation session; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive

with a copy of this Order.

_____
             /s/

September 25, 2007             DEBORAH A. ROBINSON
             United States Magistrate Judge

_____