UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATARINA VILKMAN, )<br>)<br>  Plaintiff, )<br>)<br>)<br>)<br>  v. )<br>)<br>V4, INC., et. al., )<br>)<br>)<br>  Defendants. )<br>) | Civil Action No. 07-CV-00988 (ESH) |

## CONSENT MOTION TO EXTEND DISCOVERY

Defendants V4, Inc., Gary Voelker and Jennifer Voelker, by their undersigned counsel and with the consent of Plaintiff, Katarina Vilkman, hereby request an extension of the close of discovery and as grounds state as follows:

1. The close of discovery in this matter was originally set at September 14, 2007.

2. On September 10, 2007, the Court held a status conference.

3. During that conference, the parties brought certain potential discovery issues to the Court's attention.  For example, the Plaintiff was out of the country and was not expected back until after the close of discovery.

4. As a result of that status conference, the Court extended the close of discovery until October 31, 2007.

5. On September 25, 2007, the Court issued an order referring this matter to mediation.

151406_1.doc

6. The parties and the mediator agreed upon a mediation date of October 31, 2007.

7. Prior to the Court's referral of this action to mediation, the Defendants raised certain discovery issues with the Plaintiff. Specifically, the Defendants raised what they believe to be certain deficiencies in Plaintiff's responses to Defendants' written discovery.

8. In addition, the Defendants sought to take the deposition of the Plaintiff, but the Plaintiff was out of the country for an extended period of time.

9. With the exception of Defendant, V4, the parties to this action are individuals with limited resources. Accordingly, instead of spending those limited resources on depositions and discovery motions, those efforts were reserved until the conclusion of the mediation process so as not to waste the parties financial resources unnecessarily if mediation proved to be successful.

10. A mediation conference was held today and the parties made substantial progress. The mediation was adjourned for a period of twenty four (24) hours.

11. While the parties are hopeful of settling this matter through mediation, the October 31, 2007 deadline for discovery is also upon the parties.

12. The next deadlines that are set in this matter are dispositive motions. Original dispositive motions must be filed by December 21, 2007, oppositions must be filed by January 11, and any replies are due January 18, 2007. The parties do not believe a modification of this schedule is necessary.

13. Accordingly, the parties request that the Court extend the close of discovery until November 30, 2007. The parties do not believe that any other modifications are necessary.

14. There exists good cause to grant the relief requested here.

15. No trial date has been set in this action.

For all the foregoing reasons, the Defendants, with the consent of the Plaintiff, respectfully request the Court extend the deadline for the close of discovery form October 31, 2007 to November 30, 2007.

Respectfully submitted this 31st day of October 2007.

/s/James P. Ryan
James P. Ryan (D.C. Bar No. 491295)
O'CONNOR & HANNAN, LLP
1666 K Street, N.W., Suite 500
Washington, D.C. 20036
(202) 887-1400
Attorney for Defendants


/s/ Theresa L. Lewis
Theresa L. Lewis (D.C. Bar No. 456346)
KASS, MITEK & KASS PLLC
1050 17th Street, N.W., Suite 1100
Washington, DC 20036
(202) 659-6500
Attorney for Plaintiff Katarina Vilkman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATARINA VILKMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>V4, INC., et. al.,<br><br>　　　　　　Defendants. | Civil Action No. 07-CV-00988 (ESH) |

### ORDER

Upon consideration of the Consent Motion to Extend Discovery, and all the facts and circumstances of this matter, and the Court being fully aware of the premises therein, it is on this _____ day of _____, 2007, hereby

ORDERED that the motion be, and hereby is, GRANTED; and it is further

ORDERED that the close of discovery shall be extended up to and including November 30, 2007.

　　　　　　　　　　　　　　　　　　　　　　　Deborah A. Robinson, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court

151424_1.doc