UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATARINA VILKMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>V4, INC., et. al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-CV-00988 (ESH) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41, Federal Rule of Civil Procedure the parties jointly submit this Stipulation of Dismissal agreeing that the matters in controversy between them have been compromised and settled in full.  Whereupon, it is requested that the Court dismiss this action with prejudice, with all parties to bear their own costs.

Respectfully submitted this 5th day of December 2007.

/s/James P. Ryan
James P. Ryan (D.C. Bar No. 491295)
O'CONNOR & HANNAN, LLP
1666 K Street, N.W., Suite 500
Washington, D.C.  20036
(202) 887-1400
Attorney for Defendants

/s/ Theresa L. Lewis
Theresa L. Lewis (D.C. Bar No. 456346)
KASS, MITEK & KASS PLLC
1050 17th Street, N.W., Suite 1100
Washington, DC  20036
(202) 659-6500
Attorney for Plaintiff Katarina Vilkman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATARINA VILKMAN, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-CV-00988 (ESH)
)
V4, INC., et. al., )
)
Defendants. )

**ORDER**

Upon consideration of the Joint Stipulation of Dismissal, and all the facts and circumstances of this matter, and the Court being fully aware of the premises therein, it is on this _____ day of _____, 2007, hereby

ORDERED that the motion be, and hereby is, GRANTED; and it is further

ORDERED that this action is hereby dismissed with prejudice, with all parties to bear their own costs.

Deborah A. Robinson, Magistrate Judge
United States District Court